**KELLEY J. SHARKEY**

Attorney at Law

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2016
```

April 29, 2016

Honorable Paul A. Engelmayer
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. Juan Nunez, 11-1032 (PAE)

Dear Judge Engelmayer:

Juan Nunez is scheduled to be sentenced on May 19, 2016. I apologize for any inconvenience but I am currently engaged before the Honorable Stanley Chesler in the matter of U.S. v Santo Reyes Villatoro (Hugo Palencia) 13 CR 615 (District of N.J. - Newark) and expect that the trial will not conclude by May 19, 2016. I respectfully request that the sentence be adjourned to a date convenient to the Court in July or early August.[1] I have spoken to the prosecution and they do not object to this request.

Sincerely yours,

/S/
Kelley J. Sharkey

GRANTED. The sentencing is adjourned to July 7, 2016 at 12:00 p.m. The parties shall submit their sentencing submissions pursuant to this Court's Individual Rules and Practices in Criminal Cases. The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 1955.

SO ORDERED.

5/2/2016

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge

---

[1] If acceptable to the Court, I will contact your deputy and AUSA Heller to identify a convenient date to the parties.